IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 1:19-cr-10074 JDB |
| | ) | |
| vs. | ) | |
| | ) | 18 U.S.C. § 242 |
| NATHANIEL GRIFFIN, | ) | |
| | ) | |
| Defendant. | ) | |

**AMENDED INFORMATION**

**THE UNITED STATES ATTORNEY CHARGES**:

**COUNT ONE**

On or about the 1st day of February, 2019, in the Western District of Tennessee, the Defendant,

**NATHANIEL GRIFFIN,**

then a Correctional Officer at the Northwest Correctional Complex ("NWCX"), while acting under color of law, willfully deprived R.T., an inmate at NWCX, of the right, secured and protected by the Constitution and laws of the United States, to be free from cruel and unusual punishment by a person acting under color of law. Specifically, the defendant repeatedly struck R.T. without legal justification, resulting in bodily injury to R.T. All in violation of 18, United States Code, Section 242.

DATE:_____

_____
D. MICHAEL DUNAVANT
UNITED STATES ATTORNEY

s/ David Pritchard_____
David Pritchard
Assistant United States Attorney

s/Rebekah Bailey_____
Rebekah Bailey
Trial Attorney
U.S. D.O.J., Civil Rights Division